940

No. 1430. GEORGE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted.

No. 1469. TIME, INC. *v.* WASSERMAN. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 1490. TIME, INC. *v.* FIRESTONE. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 383, Misc. TYLER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 582, Misc. WINTON *v.* FIELD, MEN'S COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 827, Misc. WYANT *v.* BREWER, WARDEN. Sup. Ct. Iowa. Certiorari denied.

No. 881, Misc. KILLEAN *v.* NELSON, WARDEN; and
No. 937, Misc. LEAHY *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1133, Misc. HUNDLEY *v.* PINTO, PRISON FARM SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1258, Misc. DURHAM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1579, Misc. ABBOTT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.